IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYRONE BENJAMIN McCLOYN,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:11-CR-622 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will grant the Motion.

I.  BACKGROUND

Defendant was charged with various offenses on July 20, 2011. Defendant pleaded guilty to possession of oxycodone with intent to distribute on November 20, 2012. On January 31, 2013, Defendant was sentenced to a term of 24 months in the custody of the Bureau of Prisons, to be followed by 36 months of supervised release.

Defendant began his term of supervision on January 30, 2014. In his Motion, Defendant represents that he has complied with the terms of his supervised release. Defendant seeks early termination of his supervision to help further educational and occupational opportunities. Defendant has submitted letters in support of his request for early termination, which attest to his good conduct and strong work ethic. Consultation with Defendant's supervising officer confirms that Defendant has complied with the terms of supervision. The government has telephonically indicated that it does not object to Defendant's Motion.

1

## II.  DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice.  In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III.  CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 116) is GRANTED.  It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED this 11th day of January, 2017.

BY THE COURT:

_____
Ted Stewart
United States District Judge